# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

**CRYSTAL MASSENGILL,**

    **Plaintiff,**

**vs.**                                                                                   **Case No. 2:22-cv-02687-MSN-cgc**

**CONCORDE CAREER COLLEGES, INC,**

    **Defendant**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Crystal Massengill and Defendant Concorde Career Colleges, Inc., hereby stipulate to the dismissal of all claims brought in this action with prejudice. Each party shall pay their own attorneys' fees and discretionary costs.

**RESPECTFULLY SUBMITTED:**

*s/ William E. Cochran, Jr.*
William E. Cochran, Jr. (#21428)
Stan Medlin (#40219)
BLACK MCLAREN JONES RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
wcochran@blackmclaw.com
smedlin@blackmclaw.com
*Attorneys for Plaintiff*

*s/ Douglas F. Halijan*
Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
*Attorney for Defendant*