# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

CRYSTAL MASSENGILL,

    Plaintiff,

v.                                                                       Case No. 2:22-cv-02687-MSN-cgc

CONCORDE CAREER COLLEGES,
INC.,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed October 6, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (ECF No. 23), filed June 25, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**.  Each party to pay their own attorneys' fees and discretionary costs.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 26, 2024
Date